MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
mfederico@ocgas.com

Attorney for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| BARBARA L. RYAN, an individual, | CASE NO.: 2:19-cv-00651-KJD-EJY |
| Plaintiff, | |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a Foreign Corporation, DOES I through X and ROE CORPORATIONS I through X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff BARBARA RYAN and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendant in said captioned action is and are hereby dismissed with prejudice and that the Judgment obtained for costs in this case against Plaintiff has been fully satisfied and is no longer of any legal effect.

///

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

SO STIPULATED:

DATED this 9 day of July, 2021.                    DATED this ___ day of July, 2021.

HANRATTY LAW GROUP                                 OLSON CANNON GORMLEY & STOBERSKI

_____                         _____
KEVIN M. HANRATTY, ESQ.                            MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.:                                    Nevada Bar No. 5946
1815 Village Center Circle, Ste. 140               9950 W. Cheyenne Ave.
Las Vegas, NV 89134                                Las Vegas, NV 89129
Attorney for Plaintiff                             Attorney for Defendant

## ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff BARBARA RYAN against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice and that the Judgment obtained for costs in this case against Plaintiff has been fully satisfied and is no longer of any legal effect. All parties are to bear their own costs, attorney's fees and expenses related hereto.

IT IS SO ORDERED.

DATED: 7/21/2021

_____
UNITED STATES DISTRICT COURT JUDGE KENT DAWSON

Respectfully submitted by:
OLSON CANNON GORMLEY & STOBERSKI

_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this ___ day of May, 2021.          DATED this 20th day of July, 2021.

HANRATTY LAW GROUP                         OLSON CANNON GORMLEY & STOBERSKI

                                           /s/ Michael A. Federico, Esq.

KEVIN M. HANRATTY, ESQ.                    MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.:                            Nevada Bar No. 5946
1815 Village Center Circle, Ste. 140       9950 W. Cheyenne Ave.
Las Vegas, NV 89134                        Las Vegas, NV 89129
Attorney for Plaintiff                     Attorney for Defendant

**ORDER**

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff BARBARA RYAN against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto.

**IT IS SO ORDERED.**

DATED: 7/21/2021

_____
UNITED STATES DISTRICT COURT JUDGE KENT DAWSON

Respectfully submitted by:
OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant